SERVE

15

| | |
|---|---|
| Wanda Trouillier | 22nd Judicial District Court |
| VS 202011609 Division D | Parish of St. Tammany |
| Hobby Lobby Stores Inc | State of Louisiana |

**TO THE DEFENDANT:** <u>Hobby Lobby Stores Inc, through their agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge La  70802</u>

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   1st day of April, 2020

*Melissa R. Henry* Clerk of Court

BY: _____
S/BRANDI C. ABADIE
Brandi Abadie, Deputy Clerk

Issued: 04/15/20

A TRUE COPY
DY CLERK 22nd JUD. DIST. COURT
ST TAMMANY PARISH, LA

**Counsel or Pro Se:**
John S. Alford
Attorney at Law
622 Baronne Street, New Orleans, La.
70113

Received on _____, 2020, and on _____, 2020 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff
Parish of _____

101 - 15 day regular Citation
Rev 7/16

2020-11609 D

# FILED

APR 0 1 2020

MELISSA R. HENRY - CLERK
Deputy: S/ANN MARIE HAMANN

| | | |
|---|---|---|
| WANDA TROUILLIER | * | DOCKET NO: 2020-11609 D |
| VERSUS | * | 22nd JUDICIAL DISTRICT COURT |
| HOBBY LOBBY STORES, INC. | * | ST. TAMMANY PARISH, LOUISIANA |
| FILED:_____ | | DEPUTY CLERK: S/ANN MARIE HAMANN |

*************************************************************************

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes **WANDA TROUILLIER,** a resident of the full age of majority of the Parish of St. Tammany, State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

1. **HOBBY LOBBY STORES, INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

On or about May 4, 2019, at approximately 11:00 A.M. CST, Plaintiff, **WANDA TROUILLIER,** was an invited guest as a customer of the Hobby Lobby Store located at 1555 B. Gause Boulevard, Slidell, LA 70458.

3.

**HOBBY LOBBY STORES, INC.,** owns, operates, manages, maintains and controls the Hobby Lobby store located in Slidell, Louisiana.

4.

**HOBBY LOBBY STORES, INC.,** is solely responsible for maintaining the premises of the Slidell, Louisiana location and ensuring a safe environment for customers of its store.

5.

As Plaintiff, **WANDA TROUILLIER,** shopped for merchandise in an aisle of the store, she slipped and fell in a puddle of unknown substance on the floor.

6.

WANDA TROUILLIER was injured as a result of the fall.

**FAX FILED**

3-31-2020

7.

Prior to her fall, there were no warning signs, devices, or other notice to Plaintiff, **WANDA TROUILLIER**, warning her of the hazardous condition posed by an unkept aisle.

8.

This incident was caused by the fault of defendant, **HOBBY LOBBY STORES, INC.**, in the following non-exclusive respects:

  a. By failing to maintain their premises in a safe condition;

  b. By creating a hazardous condition by failing to maintain the condition of their aisles;

  c. By not knowing of a hazardous and dangerous condition of the aisle, when they should or could have known if acting reasonable;

  c. By failing to warn plaintiff of an unsafe condition;

  d. By failing to inspect the area and/or to remove such hazards;

  e. By failing to properly train employees regarding rules and procedures for cleaning and maintaining the walkways of the store;

  e. By failing to prevent plaintiff from entering into what defendants knew or should have known was an unsafe area; and

  g. Other acts of negligence which were the cause of this accident and will be shown at the trial of this matter.

9.

As a result of this incident, Plaintiff, **WANDA TROUILLIER**, has sustained the following non-exclusive elements of damages:

  a. Physical pain, suffering, and anguish (past, present, and future);

  b. Mental anguish (past, present, and future);

  c. Loss of enjoyment of life (past, present, and future);

  d. Disfigurement and disability;

  e. Medical expenses (past, present, and future);

  f. Lost wages;

  g. Loss of earning capacity;

  h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

10.

WHEREFORE, Plaintiff, **WANDA TROUILLIER**, prays that defendant be duly served and cited to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of plaintiff and against defendants, **HOBBY LOBBY STORES, INC.,** or in the alternative an affiliate thereof, for all items of special damages incurred by plaintiff and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which plaintiff may be entitled.

Respectfully Submitted:

**DUDLEY DEBOSIER, PLC**

_____

**JOHN S. ALFORD Bar No.:31594**
**CHAD LEDERMAN Bar No.:35880**
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:(504) 433-3333
Facsimile:(225) 239-7260
***Counsel for Petitioner, WANDA TROUILLIER***

**PLEASE SERVE:**

**HOBBY LOBBY STORES, INC.**
*Through Their Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A TRUE COPY

_____
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA