UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WANDA TROUILLIER | * | |
|     Plaintiff | * | |
| | * | CASE NO.   20-1588 |
| VERSUS | * | |
| | * | JUDGE  JAY C. ZAINEY |
| | * | |
| HOBBY LOBBY STORES, INC. | * | MAGISTRATE JUDGE KAREN |
| | * | WELLS ROBY |
| | * | |
| | * | JURY DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Hobby Lobby Stores, Inc. (hereafter "Hobby Lobby"), which respectfully represents that there exists no genuine issue of material fact in this matter and Defendant is entitled to judgment as a matter of law.

In support of this motion, Hobby Lobby relies on the attached Memorandum in Support of this Motion as well as the following Exhibits attached thereto:

    Exhibit "A" – Petition for Damages;

    Exhibit "B" – Relevant portions of deposition of Plaintiff, Wanda Trouillier;

    Exhibit "C" – Relevant portions of deposition of Plaintiff's sister, Una Faciane;

**WHEREFORE**, Defendant prays that this Court grant its Motion for Summary Judgment and all claims against Hobby Lobby be dismissed with prejudice, at Plaintiff's cost.

Respectfully submitted,

/s/ *Kathryn T. Trew*
PETER J. WANEK (23353)
KATHRYN T. TREW (34116)
WANEK DAVIES KIRSCH LLC
1340 Poydras St., Ste. 2000
New Orleans, LA 70112
Telephone: (504) 346-6493
Fax: (504) 346-6626

## CERTIFICATE

I do hereby certify that I have on this 28th day of September, 2021, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Eastern District of Louisiana ECF system.

/s/   Kathryn T. Trew